IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVIS GREENWOOD,  3:17-cv-00415-PK

        Plaintiff,  ORDER

v.

GREEN LEAF LAB, LLC,
an Oregon limited liability
company,

        Defendant.

DREW G. JOHNSON
ALAN J. LEIMAN
Leiman & Johnson, LLC
44 West Broadway, Suite 326
Eugene, OR 97401
(541) 345-2376

       Attorneys for Plaintiff

PAUL T. LONEY
Loney Law Group
1618 S.W. 1st Avenue, Suite 250
Portland, OR 97201
(503) 234-2694

       Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#14) on June 13, 2017, in which he recommended this Court deny Defendant's Motion (#9) to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#14). Accordingly, the Court **DENIES** Defendant's (#9) to Dismiss.

IT IS SO ORDERED.

DATED this 7 day of August, 2017.

_____
ANNA J. BROWN
United States Senior District Judge